UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

Alberto Montoto
SSN: xxx-xx- 2496
Marisel Montoto
SSN: xxx-xx- 5069

               **Debtor(s)**   /

PROCEEDING UNDER CHAPTER 13
CASE NO: __15-17723 BKC-LMI__

## MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS A MOTION TO VALUE YOUR COLLATERAL

This Motion seeks to value collateral described below securing the claim of the creditor listed below.

---

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtors seek to value real property securing the claim of __National City Bank/ BSI Financial Services__ (the "Lender"). Lender holds a lien recorded at on __05/02/2007__ at OR Book __25581__ Page __4211__ in the official records of __Miami-Dade__ County, Florida.

2. The real property is located at __541 SW 51st Avenue, Coral gables, FL 33134__, and is more particularly described as follows:

        TRAIL GRANADA ADD PB 27-76 LOT 9 LESS E40FT & LOT 10
        BLK 12 OR 18512-2545 0399 1COC 24132-0525 12 2005 1

3. At the time of the filing of this case, the value of the real property is $ 245,000.00 as determined by  Accurate Appraising Services, Inc.  **("EXHIBIT A")**

4. Ocwen Loan Servicing/Deutsche National Bank hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $ 423,199.18 .

5. *(Select only one):*

   __X__ Lender's collateral consists solely of the debtors' principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

   ___ Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ _____ remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ _____ and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____% and for a total of $_____.

6. The undersigned reviewed the docket and claims register and states (select only one):

   __X__ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

   or

   ___ Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtors respectfully request an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0,

deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtors' discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtors, the debtors' attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

Respectfully Submitted:

**Law Offices of Patrick L. Cordero, Esq.**
Attorney for Debtor(s)
198 NW 37 Avenue
Miami, Fl 33125
Tel: (305) 445-4855
 /s/ FILED ECF
PATRICK L. CORDERO, ESQ.
Fl Bar No: 801992

Accurate Appraising Services, Inc. (786)287-8665

## APPRAISAL OF REAL PROPERTY

| Borrower/Client | N/A | | | File No. | IG-04-Montoto |
|---|---|---|---|---|---|
| Property Address | 541 SW 51st Ave | | | | |
| City | Coral Gables | County Miami Dade | State FL | Zip Code | 33134 |
| Lender | N/A | | | | |



**LOCATED AT**
541 SW 51st Ave
Coral Gables, FL 33134
Trail Granada Add Pb 27-76 Lot 9 Less E40Ft & Lot 10 Blk 12

**FOR**
N/A

**OPINION OF VALUE**
245,000

**AS OF**
04/17/2015

### TABLE OF CONTENTS

Summary of Salient Features ........................................................................................................................................ 1
USPAP Identification ..................................................................................................................................................... 2
GP Residential ............................................................................................................................................................... 3
Subject Photo Page ....................................................................................................................................................... 6
Comparable Photos 1-3 ................................................................................................................................................. 7
Location Map ................................................................................................................................................................. 8

Form TCPV — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



Exhibit "A"

## SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | 541 SW 51st Ave |
| | Legal Description | Trail Granada Add Pb 27-76 Lot 9 Less E40Ft & Lot 10 Blk 12 |
| | City | Coral Gables |
| | County | Miami Dade |
| | State | FL |
| | Zip Code | 33134 |
| | Census Tract | 0056.01 |
| | Map Reference | 54 41 06 |
| **SALES PRICE** | Sale Price | $ |
| | Date of Sale | N/A |
| **CLIENT** | Borrower/Client | N/A |
| | Lender | N/A |
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | 1,214 |
| | Price per Square Foot | $ |
| | Location | Suburban |
| | Age | 68 Years |
| | Condition | Good |
| | Total Rooms | 5 |
| | Bedrooms | 3 |
| | Baths | 1 |
| **APPRAISER** | Appraiser | Isbel Gonzalez St. Cert. Res. REA RD 4911 |
| | Date of Appraised Value | 04/17/2015 |
| **VALUE** | Opinion of Value | $ 245,000 |

Accurate Appraising Services, Inc. (786)267-6565

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 641 SW 51st Ave |
| City | Coral Gables |
| County | Miami Dade |
| State | FL |
| Zip Code | 33134 |
| Lender | N/A |
| File No. | IG-04-Montoto |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☐ Self Contained   (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)
☐ Summary          (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report.)
☒ Restricted Use   (A written report prepared under Standards Rule 2-2(c), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— the statements of fact contained in this report are true and correct.
— the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
— my engagement in this assignment was not contingent upon developing or reporting predetermined results.
— my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
— I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)
— no one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any state mandated requirements:

**APPRAISER:**

Signature:
Name: Isbel Gonzalez St. Cert. Res. REA RD 4911
Date Signed: 03/10/2015
State Certification #: RD 4911
or State License #:
State: FL
Expiration Date of Certification or License: 11/30/2016

Effective Date of Appraisal: 04/17/2015

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

Supervisory Appraiser Inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior

Form ID06 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: IG-04-Montoto

## SUBJECT / ASSIGNMENT

| Field | Value |
|---|---|
| Property Address | 541 SW 51st Ave |
| City | Coral Gables |
| State | FL |
| Zip Code | 33134 |
| County | Miami Dade |
| Legal Description | Trail Granada Add Pb 27-76 Lot 9 Less E40Ft & Lot 10 Blk 12 |
| Assessor's Parcel # | 01-4106-043-1100 |
| Tax Year | 2014 |
| R.E. Taxes | $ 2,627 |
| Special Assessments | $ 0 |
| Borrower (if applicable) | N/A |
| Current Owner of Record | Montoto, Albert & Montoto, Marisel |
| Occupant | ☒ Owner |
| Project Type | Other (describe) |
| HOA | $ |
| Market Area Name | Miami |
| Map Reference | 54 41 06 |
| Census Tract | 0058.01 |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or
This report reflects the following value: ☒ Current (the Inspection Date is the Effective Date)
Approaches developed for this appraisal: ☒ Sales Comparison Approach
Property Rights Appraised: ☒ Fee Simple
Intended Use: Establishing market value of subject property as per effective date of appraisal.

Intended User(s): Montoto, Albert & Montoto, Marisel
Client: Montoto, Albert & Montoto, Marisel
Appraiser: Isbel Gonzalez St. Cert. Res. REA RD 4911
Address: 14140 SW 84th Street #406-H, Miami, FL 33183

## MARKET AREA DESCRIPTION

Location: ☒ Suburban
Built up: ☒ Over 75%
Growth rate: ☒ Stable
Property values: ☒ Increasing
Demand/supply: ☒ In Balance
Marketing time: ☒ Under 3 Mos.
Predominant Occupancy: ☒ Owner, ☒ Vacant (0-5%)

One-Unit Housing: PRICE $(000) 105 Low, 340 High, 215 Pred; AGE (yrs) 14 Low, 90 High, 68 Pred

Present Land Use: One-Unit 58%, 2-4 Unit 16%, Multi-Unit 19%, Comm'l 3%, Other 4%

Change in Land Use: ☒ Not Likely

Market Area Boundaries, Description, and Market Conditions: The subject's market area is bound by SW 8th Street to the South, NW 7th Street to the North, SW 57th Avenue to the West, and SW 42nd Avenue to the East. The predominant dwellings are single families that started developing about 90 years ago. Some commercial properties can be found along the major traffic arteries and over 75% of the area is built up with a stable growth rate. The predominant occupancy is by owners and no change in land use is announced or indicated. The current marketing time is under 3 months and property values are increasing. Current active and recent closed sales indicate supply and demand balanced with short, cash sales and foreclosure commonly found. Public parks, schools and shopping facilities are within the market area and can be easily accessed through the major traffic roads.

## SITE DESCRIPTION

Dimensions: 60 x 104
Site Area: 6,240 Sq.Ft.
Zoning Classification: R-1
Description: Single Family
Zoning Compliance: ☒ Legal
Are CC&Rs applicable? ☒ Unknown
Highest & Best Use as Improved: ☒ Present use

Actual Use as of Effective Date: Single Family
Use as appraised in this report: Single Family
Summary of Highest & Best Use: The highest and best use for this area is single family homes.

Utilities: Electricity ☒ Public (FPL), Water ☒ Public (Municipal), Sanitary Sewer ☒ Public (Municipal), Storm Sewer ☒ Public (Municipal)
Off-site improvements: Street Asphalt, Curb/Gutter No/No, Sidewalk Yes, Street Lights Yes, Alley None
Topography: Street Level
Size: Average
Shape: Rectangular
Drainage: Adequate
View: Residential
Other site elements: ☒ Corner Lot
FEMA Spec'l Flood Hazard Area: ☒ No, FEMA Flood Zone X, FEMA Map # 12086C0294L, FEMA Map Date 09/11/2009
Site Comments: The subject's site is typical for the immediate area.

## DESCRIPTION OF THE IMPROVEMENTS

General Description: # of Units 1, # of Stories 1, Type ☒ Det., Design (Style) 1 Story, ☒ Existing, Actual Age (Yrs.) 68, Effective Age (Yrs.) 18

Exterior Description: Foundation Concrete Foot., Exterior Walls CBS/Average, Roof Surface B.Tile/Avg., Gutters & Dwnspts. None Noted, Window Type Awning/Avg., Storm/Screens No

Foundation: Slab No, Crawl Space Yes, Basement N/A, Sump Pump, Dampness, Settlement N/A, Infestation N/A

Basement: ☒ None

Heating: Yes, Type Central, Fuel Electric
Cooling: Yes, Central Yes

Interior Description: Floors N/A, Walls N/A, Trim/Finish N/A, Bath Floor N/A, Bath Wainscot N/A, Doors N/A

Appliances: Refrigerator, Range/Oven, Disposal, Dishwasher, Fan/Hood, Microwave, Washer/Dryer

Attic: ☒ None
Amenities: Patio Covered, Pool Inground

Car Storage: Garage # of cars (2 Tot.), Driveway 2, Surface Concrete

Finished area above grade contains: 5 Rooms, 3 Bedrooms, 1 Bath(s), 1,214 Square Feet of Gross Living Area Above Grade

Additional features: No additional features were considered in this appraisal.

Describe the condition of the property (including physical, functional and external obsolescence): The subject property was not interiorly inspected by the appraiser and condition was based on exterior observation.

**GP RESIDENTIAL**
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: IG-04-Montoto

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): MLX/Realist.com/Public Records

**TRANSFER HISTORY**

| | 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: Previous sales are disclosed on grids. |
|---|---|---|
| Date: | | |
| Price: | | |
| Source(s): | Public Record/MLS | |
| | 2nd Prior Subject Sale/Transfer | |
| Date: | | |
| Price: | | |
| Source(s): | | |

## SALES COMPARISON APPROACH TO VALUE (if developed)   [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 541 SW 51st Ave, Coral Gables, FL 33134 | 320 SW 48th Ct, Coral Gables, FL 33134 | | 5146 SW 5th St, Coral Gables, FL 33134 | | 4821 NW 6th St, Miami, FL 33126 | |
| Proximity to Subject | | 0.18 miles NE | | 0.08 miles W | | 0.82 miles N | |
| Sale Price | $ | | $ 299,800 | | $ 255,000 | | $ 230,000 |
| Sale Price/GLA | $ N/A /sq.ft. | $ 167.86 /sq.ft. | | $ 183.06 /sq.ft. | | $ 176.92 /sq.ft. | |
| Data Source(s) | P.Record | Public Records/MLS | | Public Records/MLS | | Public Records/MLS | |
| Verification Source(s) | Inspection | Observation | | Observation | | Observation | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A N/A | FHA None Known | | FHA None Known | | FHA None Known | |
| Date of Sale/Time | N/A | 04/06/2015 | | 12/05/2014 | | 12/03/2014 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Site | 6,240 Sq.Ft. | 7,000 Sq.Ft. | | 6,240 Sq.Ft. | | 6,000 Sq.Ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 1 Story | 1 Story | | 1 Story | | 1 Story | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 68 Years | 63 Years | | 64 Years | | 59 Years | |
| Condition | Good | Gd/Comp.Upgrad. | -30,000 | Good | | Good | |
| Above Grade Room Count | Total 5 / Bdrms 3 / Baths 1 | Total 6 / Bdrms 3 / Baths 3 | -10,000 | Total 6 / Bdrms 3 / Baths 2 | -5,000 | Total 6 / Bdrms 3 / Baths 2 | -5,000 |
| Gross Living Area | 1,214 sq.ft. | 1,786 sq.ft. | -14,300 | 1,393 sq.ft. | -4,475 | 1,300 sq.ft. | 0 |
| Basement & Finished Rooms Below Grade | N/A N/A | N/A N/A | | N/A N/A | | N/A N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central H & AC | Central H & AC | | Central H & AC | | Central H & AC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | No/No | No/No | | No/No | | No/No | |
| Porch/Patio/Deck | Open Patio | Open Patio | | Open Patio | | Open Patio | |
| Pool | Inground | Inground | | No | +10,000 | No | +10,000 |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - | $ -54,300 | [X] + [ ] - | $ 525 | [X] + [ ] - | $ 5,000 |
| Adjusted Sale Price of Comparables | | | $ 245,500 | | $ 255,525 | | $ 235,000 |

Summary of Sales Comparison Approach  Comparables provided are the good indicators of value available at the time of subject's estimation of value. All four comparables are located within the same market area sharing same market amenities. All adjustable dissimilarities between subject and comparables were adjusted according to the market reaction for this specific market.

Indicated Value by Sales Comparison Approach $ 245,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE     3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

## COST APPROACH TO VALUE (if developed) ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW
Source of cost data:
Quality rating from cost service: Effective date of cost data:
Comments on Cost Approach (gross living area calculations, depreciation, etc.):

| | |
|---|---|
| OPINION OF SITE VALUE | = $ |
| DWELLING Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| | = $ |
| Garage/Carport Sq.Ft. @ $ | = $ |
| Total Estimate of Cost-New | = $ |
| Less Physical Functional External Depreciation | = $( ) |
| Depreciated Cost of Improvements | = $ |
| "As-Is" Value of Site Improvements | = $ |
| | = $ |
| | = $ |

Estimated Remaining Economic Life (if required): 42 Years
INDICATED VALUE BY COST APPROACH = $

## INCOME APPROACH TO VALUE (if developed) ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable) ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 245,000  Cost Approach (if developed) $ 190,720  Income Approach (if developed) $

Final Reconciliation  The sales comparison approach is the most accurate way of developing an opinion of value for subject property.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other defined value type), as defined herein, of the real property that is the subject of this report is: $ 245,000 , as of: 04/17/2015 , which is the effective date of this appraisal.

If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 12 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work ☒ Limiting Cond./Certifications ☒ Narrative Addendum ☒ Photograph Addenda ☐ Sketch Addendum
☒ Map Addenda ☐ Additional Sales ☒ Cost Addendum ☒ Flood Addendum ☐ Manuf. House Addendum
☐ Hypothetical Conditions ☐ Extraordinary Assumptions ☐ ☐ ☐

Client Contact: Client Name: Montoto, Albert & Montoto, Marisel
E-Mail: Address:

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Isbel Gonzalez St. Cert. Res, REA RD 4911 | Supervisory or Co-Appraiser Name: |
| Company: Accurate Appraising Services, Inc. | Company: |
| Phone: (786) 287-8665 Fax: | Phone: Fax: |
| E-Mail: appraisingservices@gmail.com | E-Mail: |
| Date of Report (Signature): April 21, 2015 | Date of Report (Signature): |
| License or Certification #: RD 4911 State: FL | License or Certification #: State: |
| Designation: State Certified R.E.A RD 4911 | Designation: |
| Expiration Date of License or Certification: 11/30/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 04/17/2015 | Date of Inspection: |

**GP RESIDENTIAL**  Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE  3/2007

## Subject Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 541 SW 51st Ave | | | | | |
| City | Coral Gables | County | Miami Dade | State | FL | Zip Code 33134 |
| Lender | N/A | | | | | |



**Subject Front**
541 SW 51st Ave
Sales Price
Gross Living Area  1,214
Total Rooms  5
Total Bedrooms  3
Total Bathrooms  1
Location  Suburban
View  Residential
Site  6,240 Sq.Ft.
Quality  Average
Age  68 Years



**Subject Front**



**Subject Street**

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 541 SW 51st Ave |
| City | Coral Gables |
| County | Miami Dade |
| State | FL |
| Zip Code | 33134 |
| Lender | N/A |



### Comparable 1
320 SW 48th Ct
| | |
|---|---|
| Prox. to Subject | 0.18 miles NE |
| Sales Price | 299,800 |
| Gross Living Area | 1,786 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3 |
| Location | Suburban |
| View | Residential |
| Site | 7,000 Sq.Ft. |
| Quality | Average |
| Age | 63 Years |



### Comparable 2
5146 SW 5th St
| | |
|---|---|
| Prox. to Subject | 0.08 miles W |
| Sales Price | 255,000 |
| Gross Living Area | 1,393 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Suburban |
| View | Residential |
| Site | 6,240 Sq.Ft. |
| Quality | Average |
| Age | 64 Years |



### Comparable 3
4821 NW 6th St
| | |
|---|---|
| Prox. to Subject | 0.82 miles N |
| Sales Price | 230,000 |
| Gross Living Area | 1,300 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Suburban |
| View | Residential |
| Site | 6,000 Sq.Ft. |
| Quality | Average |
| Age | 59 Years |

## Location Map

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 541 SW 51st Ave | | | | | | |
| City | Coral Gables | County | Miami Dade | State | FL | Zip Code | 33134 |
| Lender | N/A | | | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE